# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141847

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

EDDIE DARROUGH JR.,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141847
COA: 299037
Genesee CC: 09-024202-FH

On order of the Court, the application for leave to appeal the August 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

s0131

_____
Clerk